No. 92–1123. IZUMI SEIMITSU KOGYO KABUSHIKI KAISHA v. U. S. PHILIPS CORP. ET AL. C. A. Fed. Cir. [Certiorari granted, 507 U. S. 907.] Motion of Sears, Roebuck & Co. for leave to file a brief as *amicus curiae* granted. Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 92–1168. HARRIS v. FORKLIFT SYSTEMS, INC. C. A. 6th Cir. [Certiorari granted, 507 U. S. 959.] Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 92–1223. UNITED STATES DEPARTMENT OF DEFENSE ET AL. v. FEDERAL LABOR RELATIONS AUTHORITY ET AL. C. A. 5th Cir. [Certiorari granted, 507 U. S. 1003.] Motion of the Acting Solicitor General to dispense with printing the joint appendix granted.

No. 92–8470. IN RE ZIEBARTH; and
No. 92–8542. IN RE LAPINSKI. Petitions for writs of habeas corpus denied.

No. 92–1603. IN RE RONWIN;
No. 92–7983. IN RE FAZZINI; and
No. 92–8134. IN RE FORTE. Petitions for writs of mandamus denied.

No. 92–1350. IN RE PARKER; and
No. 92–1447. IN RE MOSCOWITZ. Motions of respondent John Demjanjuk for leave to proceed *in forma pauperis* granted. Petitions for writs of mandamus and/or prohibition denied.

No. 92–1370. BFP v. RESOLUTION TRUST CORPORATION, AS RECEIVER OF IMPERIAL FEDERAL SAVINGS ASSN., ET AL. C. A. 9th Cir. Certiorari granted.

No. 92–1402. C & A CARBONE, INC., ET AL. v. TOWN OF CLARKSTOWN, NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari granted.